**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| RONALD LAMONT SUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-CV-457 JCH |
| ) | |
| EASTERN DISTRICT OF MISSOURI ) | |
| FEDERAL COURT, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This closed case is before the Court upon self-represented plaintiff Ronald Lamont Sutton's filing of a document titled, "Motion to Compel ("Defendants") to Pay What The[y] Owe etc. and Stop Mentateies [sic] Plaintiff etc." ECF No. 12. The filing is handwritten on two sheets of notebook paper and is mostly incomprehensible and difficult to decipher. Plaintiff appears to allege that this Court and a mail official in Kennett, Missouri, who he describes as "racist white peoples," violated his constitutional rights by "mess[ing] with mail" at his home.

On July 8, 2021, the Court dismissed this case for failure to comply with a Court order and for failure to state a claim. ECF No. 9. The July 8th dismissal was without prejudice to plaintiff filing a new lawsuit in the future should he decide to do so; however, the instant action is closed. To the extent plaintiff can be understood to seek the reinstatement of this case or a different civil case, he is advised that he cannot receive such relief by filing the instant document or any other motions in this case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "Motion to Compel ("Defendants") to Pay What The[y] Owe etc. and Stop Mentateies [sic] Plaintiff etc." [ECF No. 12] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall retain a copy of plaintiff's motion [ECF No. 12] and return the original to plaintiff.

**IT IS HEREBY CERTIFIED** that an appeal from this Order would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

Dated this 24th day of July, 2021.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE